IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ERVIN TURNER,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY Financial Crimes Enforcement Network,<br><br>          Defendant. | **Case No. 1:15 -cv-00007-LJO-SKO**<br><br>**EX PARTE APPLICATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

    I, Benjamin E. Hall, declare as follows:

    1.    I am an Assistant United States Attorney in the Eastern District of California. I am licensed to practice law in the State of California and before this Court. I am familiar with the pleadings and documents pertaining to the above-captioned lawsuit. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to these facts.

    2.    Pursuant to Local Rule 144(c) of the United States District Court for the Eastern District of California, I make this initial ex parte request for a 28-day extension of time until August 25, 2015, for defendant, United States Department of the Treasury Financial Crimes Enforcement Network, to submit its answer or otherwise respond to plaintiff's Complaint.

    3.    Plaintiff, an inmate confined at the California Correctional Institution, filed his Complaint (ECF No. 1) on January 5, 2015. The Court screened the Complaint pursuant to 28 U.S.C. § 1915A and entered an Order (ECF No. 6) finding that plaintiff's Complaint stated a cognizable claim under the Freedom of Information Act. Process was served upon the United States

Attorney's Office in Sacramento on May 29, 2015, and the case was assigned to me for handling on June 18, 2015, while I was out of the state on annual leave.

4. I have requested but not yet received information from the U.S. Department of the Treasury regarding the FOIA request that is the subject of plaintiff's Complaint. I request this extension in order to allow time for the agency to collect and provide information concerning the facts of this matter. No prior extension has been requested. Because plaintiff is incarcerated, it is not reasonably practicable to obtain an extension by stipulation.

5. This Ex Parte Application is not submitted for the purpose of undue delay or for any improper purpose and will not impact any existing scheduling dates or cause prejudice to any party to this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of July, 2015, at Fresno, California.

    /s/ Benjamin E. Hall  
Benjamin E. Hall  
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that defendant shall answer or otherwise respond to plaintiff's Complaint on or before August 25, 2015.

IT IS SO ORDERED.

Dated: **July 25, 2015**         **/s/ Sheila K. Oberto**  
UNITED STATES MAGISTRATE JUDGE