IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ERVIN TURNER,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY Financial Crimes Enforcement Network,<br><br>          Defendant. | **Case No. 1:15 -cv-00007-LJO-SKO**<br><br>**ORDER STRIKING REPLY TO DEFENDANT'S ANSWER**<br><br>(Doc. 16) |

    Neither the Federal Rules of Civil Procedure nor the Local Rules provide for a reply to an answer, absent an order from the Court requiring one. Fed. R. Civ. P. 7(a)(7). In this case, the Court did not order a reply to the answer.

    Accordingly, Plaintiff's reply to Defendant's answer, filed September 10, 2015, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **September 14, 2015**              **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE